UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPECTROS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>THERMO FISHER SCIENTIFIC, INC.,<br><br>Defendant. | Case No:  C 09-1996 SBA<br><br>**ORDER** |

PLEASE TAKE NOTICE THAT the claims construction hearing and Case Management Conference scheduled for December 7, 2011, at 9:00 a.m. shall instead commence at 9:30 a.m. on that date.

IT IS SO ORDERED.

Dated:  December 2, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge