UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPECTROS CORP., | Case No:  C 09-01996 SBA |
| Plaintiff, | **ORDER RE CLAIM CONSTRUCTION** |
| vs. | |
| THERMO SCIENTIFIC, INC., | |
| Defendant. | |

On December 7, 2011, the Court conducted a claims construction hearing with respect to U.S. Patent No. 6,711,426.  Each party appeared through counsel of record. Upon consideration of the parties' arguments and claim construction briefs, the Court has construed the disputed claim terms as follows:

1.    "illuminator" is construed as:  "That portion of a device that generates broadband light and delivers that light to a target region or sample."

2.    "light collection fiber" is construed as "A fiber that collects light from the target region or sample."

3.    "integrated into said illuminator" does not require construction.

4.    "optical coupling means for coupling the light source to a target region" is construed as:

      a.    <u>Function</u>:  "Coupling the light source to a target region."

      b.    <u>Structure</u>:  "Free-space (unaided) transmission through air or space, or intervening optical elements such as lenses, filters, fused fiber expanders, collimators, concentrators, collectors, optical fibers, prisms, mirrors, or mirrored surfaces."

5.    The parties shall appear for a telephonic Case Management Conference on **<u>January 26, 2012 at 2:30 p.m.</u>**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which

complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

    IT IS SO ORDERED.

Dated:  December 7, 2011

SAUNDRA BROWN ARMSTRONG
United States District Judge