MICHAEL E. DERGOSITS
California State Bar No. 118206
IGOR SHOIKET
California State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile:  (415) 750-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

EDWARD W. GOLDSTEIN
Texas Bar No. 08099500
ALISA LIPSKI
Texas Bar No. 24041345
CALIFF T. COOPER
Texas Bar No. 24055345
GOLDSTEIN & LIPSKI, PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1515
Email: egoldstein@gliplaw.com
Email: alipski@gliplaw.com
Email: ccooper@gliplaw.com

Attorneys for Plaintiff Spectros Corp.

KENNETH E. KELLER (SBN 71450)
KRIEG KELLER SLOAN REILLY
& ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:    (415) 249-8335
Facsimile:      (415) 249-8333
Email:            kkeller@kksrr.com

ROBERT H. STIER, JR. (ME Bar 3740)
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101-1110
Telephone:    (207) 791-1163
Facsimile:      (207) 791-1350
Email: rstier@pierceatwood.com

Attorneys for Defendant
Thermo Fisher Scientific, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SPECTROS CORP., <br><br> Plaintiff, <br><br> v. <br><br> THERMO FISHER SCIENTIFIC, INC. d/b/a NANO DROP, <br><br> Defendant. | Civil Action No.: 4:09-CV-01996 SBA <br><br> **STIPULATION AND ORDER ENLARGING TIME FOR OPPOSITION AND REPLY DEADLINES RELATED TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** <br><br> [Civil L.R. 6-1, 6-2] |

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff, Spectros Corp. ("Spectros") and Defendant, Thermo Fisher Scientific Inc. ("Thermo Fisher") respectfully request that the Court enter the following

stipulation regarding the deadlines for the Opposition and Reply to Defendant's Motion for Summary Judgment of Non-Infringement (Dkt. 80). The parties now AGREE AND STIPULATE to extend the following deadlines:

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Deadline to File Opposition to Motion for Summary Judgment | February 7, 2012 | February 17, 2012 |
| Defendant's Deadline to File Reply to Motion for Summary Judgment | February 14, 2012 | February 27, 2012 |

1. <u>Reason for the Request:</u>

Thermo Fisher is producing technical documents related to the issues raised in Defendant's Motion for Summary Judgment of Non-Infringement (Dkt. 80) on February 1, 2012. Additionally, counsel for Thermo Fisher will be out of the office the week of February 14, 2012. Consequently, this extension is sought to allow the parties sufficient time to prepare and file the Opposition and Reply for Defendant's Motion for Summary Judgment of Non-Infringement.

2. <u>Prior Time Modifications:</u>

There have been no prior time modifications in this case.

3. <u>Effect of Requested Modification:</u>

These extensions currently under discussion will have no effect on the date set for the hearing on Defendant's Motion for Summary Judgment of Non-Infringement (Dkt. 80) on April 17, 2012.

So Stipulated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 1, 2012                    _____
                                           Honorable Saundra B. Armstrong
                                           United States District Judge

1  Dated: January 31, 2012                                GOLDSTEIN & LIPSKI, PLLC

2

3                                                         By:  /s/ Edward W. Goldstein
                                                               Edward W. Goldstein
4
                                                          Attorney for Plaintiff
5                                                         SPECTROS CORP.

6

7  Dated: January 31, 2012                                KRIEG KELLER SLOAN REILLEY
                                                             & ROMAN LLP
8

9
                                                          By:  /s/ Kenneth E. Keller
10                                                             Kenneth E. Keller

11                                                        Attorney for Defendant
                                                          THERMO FISHER SCIENTIFIC, CORP.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated:  January 31, 2012                                          /s/ Edward W. Goldstein
                                                                              Edward W. Goldstein

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 31, 2012, or, if not yet registered with the Court's CM/ECF system, via electronic mail pursuant to Fed.R.Civ.P. 5(b)(2)(E).  Any other counsel of record will be served by first class U.S. Mail.

      /s/ Edward W. Goldstein
Edward W. Goldstein