UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPECTROS CORPORATION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>THERMO FISHER SCIENTIFIC, INC.,<br><br>                    Defendant. | Case No:  C 09-1996 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION**<br><br>Dkt. 96 |

The parties are presently before the Court on Plaintiff's Motion for Extension.  Dkt. 96. Having read and considered the papers filed in connection with the motion, the Court finds that Plaintiff has failed to demonstrate good cause to extend the deadlines to serve expert reports and to extend the expert discovery cut-off date.  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992); Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).   These deadlines were fully disclosed at the Case Management Conference and in the Court's pretrial scheduling order.  As such, Plaintiff's alleged inability to comply with these deadlines is due to its own lack of diligence.  Accordingly,

 IT IS HEREBY ORDERED THAT Plaintiff's Motion for Extension is DENIED.  This Order terminates Docket 96.

     IT IS SO ORDERED.

Dated:  May 22, 2012

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge