UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPECTROS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> THERMO FISHER SCIENTIFIC d/b/a NANO DROP, <br><br> Defendant. | Case No:  C 09-01996 SBA <br><br> **JUDGMENT** |

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant Thermo Fisher Scientific.

IT IS SO ORDERED.

Dated: May 30, 2012

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge